

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2015

No. 04-14-00758-CV

John A. **LANCE**, Debra L. Lance, F.D. Franks and Helen Franks,
Appellants

v.

Judith and Terry **ROBINSON**, Gary and Brenda Fest, Virginia Gray and Butch Townsend,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-12-0100209
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

This court granted Appellees' motions for extension of time to file their briefs until June 8, 2015. Appellee Bexar-Medina Atascosa Counties Water Control and Improvement District No. 1 and Appellees Judith and Terry Robinson, Gary and Brenda Fest, Virginia Gray, and Butch Townsend filed unopposed second motions for extensions of time to file their briefs until July 8, 2015. *See* TEX. R. APP. P. 38.6(b).

Appellees' motions for extension of time are GRANTED. Appellees' briefs must be filed not later than July 8, 2015. ***Absent extenuating circumstances, no further extensions will be granted.***

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court